IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SANTANA JAMES,

    Plaintiff,

v.                                          CASE NO. 4:17-cv-365-MW-GRJ

UNITED STATES,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, a federal inmate identified in the BOP database by her legal name "Santana James", inmate number 03851-104, initiated this case by filing a document construed as a complaint. ECF No. 1. Plaintiff failed to use the Court's form for federal prisoner complaints. Further, Plaintiff failed to either pay the civil case filing fee or file a motion for leave to proceed as a pauper. The Court ordered Plaintiff to correct these deficiencies on or before September 16, 2017, failing which this case would be dismissed. ECF No. 2.

Plaintiff has now filed a pleading entitled "Notice", ECF No. 3, informing the Court that she does not intend to seek IFP status because she is not a citizen of the United States. Plaintiff identifies herself as a

"natural member/citizen of the ancient Al Moroccan Empire (North America), the Free Moorish Nation." Plaintiff also seeks other relief, such as assistance with completing a tax form attached to the "notice" in connection with a judgment purportedly entered in a different case. The pleading contains other incomprehensible assertions that have no relevance to filing a federal civil rights lawsuit. ECF No. 3.

The Court construes the pleading, ECF No. 3, as a representation that Plaintiff does not intend to comply with the Court's order to file a motion for leave to proceed as a pauper with supporting documentation. Pursuant to N.D. Fla. Loc. R. 5.1(H), "[a] civil action shall not be filed by the clerk until the fee is paid . . . unless the complaint or petition is accompanied by a motion for leave to proceed *in forma pauperis*."

In view of Plaintiff's "notice" representing that she will not comply with the Court's order, it is respectfully **RECOMMENDED** that this case should be **DISMISSED** without prejudice for failure to comply with an order of the Court.

**IN CHAMBERS** this 13th day of September 2017.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**