IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SANTANA JAMES,

        Plaintiff,

v.                                         Case No. 4:17cv365-MW/GRJ

UNITED STATES,

        Defendant.

_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 5. Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice for Plaintiff's failure to comply with an order of the Court." The Clerk shall close the file.

**SO ORDERED on October 5, 2017.**

                                                      s/Mark E. Walker     
                                                      **United States District Judge**